UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINA RAZO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-1802-BAK (BAM)<br><br>ORDER VACATING THE SCHEDULING ORDER DATED DECEMBER 28, 2021 |

　　　　Plaintiff seeks judicial review of the administrative decision denying his application for Social Security benefits. (*See* Doc. 1.) Pursuant to General Order No. 615, all actions seeking such review are stayed due to limitations caused by the COVID-19 pandemic and the Commissioner's inability to prepare a certified administrative record. Accordingly, the Court **ORDERS**:

　　　　1.　　The Scheduling Order dated December 28, 2021 (Doc. 5) is **VACATED**; and

　　　　2.　　The action shall remain stayed, pending further order of the Court.

IT IS SO ORDERED.

　　Dated:　**January 24, 2022**　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1