JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ROSALIA RAZO,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

Case No. 1:21-cv-01802-BAK

STIPULATION AND |PROPOSED| ORDER FOR SECOND EXTENSION OF TIME

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 31-day extension of time, from August 1, 2022 to September 1, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause exists for this extension.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR) from

the Eastern District.  A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

     Additionally, for the weeks of August 1, 2022 and August 8, 2022, Counsel currently has 18 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

     Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause

                          Respectfully submitted,

Dated: July 22, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

                          By: */s/ Jonathan Omar Pena*
                              JONATHAN OMAR PENA
                              Attorneys for Plaintiff

Dated: July 22, 2022        PHILLIP A. TALBERT
                              United States Attorney
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                          By:  *  *Andrea Banks, Esq.*
                              Andrea Banks, Esq.
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on July 22, 2022)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff's request for an extension of time to file a Motion for Summary Judgment is GRANTED.  Plaintiff shall file a Motion for Summary Judgment on or before September 1, 2022.  All other deadlines in the Court' Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **July 25, 2022**              /s/ *Barbara A. McAuliffe*  
                                        UNITED STATES MAGISTRATE JUDGE